BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

**E-filed 2/8/07**

Counsel for Defendant CARRANZA-VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,vs.JOSE LUIS CARRANZA-VALDOVINOS,     Defendant. | No. CR-06-00766 JFSTIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate and agree that the status hearing currently set for Wednesday, February 7, 2007 may be continued to Wednesday, February 14 at 9:00 a.m.  The reason for the requested continuance is that the defense's investigation as to Mr. Carranza's criminal history is ongoing, and the results are expected to be relevant to settlement of the case.  The parties further stipulate and agree that the one-week delay may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the reasonable time necessary for effective defense preparation.

Stipulation and [Proposed] Order Continuing
Hearing                                                                  1

Dated: February 5, 2007

                                        s/_____
                                        CYNTHIA C. LIE
                                        Assistant Federal Public Defender

Dated: February 5, 2007

                                        s/_____
                                        ERIC D. ROSEN
                                        Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Wednesday, February 7, 2007, to Wednesday, February 14, 2007 at 9:00 a.m. It is further ordered that the one-week period of delay shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the reasonable time necessary for effective defense preparation.

Dated: February 7, 2007

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge